Bren E. Mollerup, ISB No. 7959
Michael D. Danielson, ISB No. 9672
BENOIT LAW
(BENOIT, MOLLERUP, DANIELSON
      & GRIEVE, PLLC)
126 2nd Avenue North
P.O. Box 366
Twin Falls, Idaho  83303-0366
Telephone:  (208) 733-5463
Fax:  (208) 734-1438
Email:  mollerup@benoitlaw.com
iCourt Service Email:  benoitlaw@benoitlaw.com
Attorneys for Defendant Western Mountain, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| PEDRO MANUEL ALCANTAR, Deceased, and survived by his wife, DULCE MARIA GONZALEZ, MARTA MEJIA VELASQUEZ, RICARDO ALCANTAR SANDOVAL; LUIS ENRIQUE SERENO, Deceased, and survived by his wife, SANDRA RUBIO MARTINEZ, individually and on behalf of her minor son LS, and daughter, MS; JOSE GUADALUPE SANCHEZ, Deceased, and survived by MARIA MEDINA, LUCIANO SANCHEZ, LUCIANO SANCHEZ MEDINA; JAVIER GOMER ALCANTAR, Deceased, and survived by his wife, CAROLINA REBOLLO, and on behalf of her minor son, EG, and daughter, SG; BRANDON PONCE, Deceased, and survived by FANNY ANDREA PONCE, CHRISTIAN PONCE, ARTURO PONCE; ABEL MEJIA, Deceased, and survived by his wife, JASMINE MOLINA, individually and on behalf of her minor daughter, HM, daughter, KM; RICARDO ALCANTAR MEJIA; JOSE ALCANTAR MEIJA; and JORGE ORTEGA, <br><br> Plaintiffs, | Case No. 4:24-CV-00479 <br><br><br><br> **DEFENDANT WESTERN MOUNTAIN, INC.'S MOTION TO JOIN IN DEFENDANT MILLENNIUM NETWORKS, LLC'S RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

DEFENDANT WESTERN MOUNTAIN, INC.'S MOTION TO JOIN IN DEFENDANT
MILLENNIUM NETWORKS, LLC'S RESPONSE TO PLAINTIFFS' NOTICE OF
SUPPLEMENTAL AUTHORITY -1

vs.

LUIS GARCIA DIAZ, individually;
ADRIAN SIRBU, individually; TOWER
COMMUNICATIONS SOLUTIONS, LLC;
J&A DRILLING AND CONSTRUCTION,
LLC; MILLENIUM NETWORKS, LLC d/b/a
SILVER STAR COMMUNICATIONS;
WESTERN MOUNTAIN, INC.; GOLD
COMMUNICATIONS EXPERT INC.; and
SIGNET CONSTRUCTION, LLC,

Defendants.

COMES NOW Defendant, Western Mountain, Inc. ("WMI"), by and through its counsel of record, the law firm of Benoit, Mollerup, Danielson & Grieve, PLLC, and moves pursuant to F.R.C.P. 20 to join in and/or adopt Defendant Millenium Networks, LLC's ("Millennium") arguments contained in its Response to Plaintiffs' Notice of Supplemental Authority [Dkt. 136] ("Response"). The arguments advanced by Millenium are equally applicable to WMI, as well as other Defendants, and the Response accurately discusses and distinguishes the *Hartman v. Pocatello Hospital,* LLC, __ Idaho __, __ P.3d __ (2026) case from this matter.

Plaintiff's arguments regarding the *Hartman* case do not alter or change controlling law with respect to WMI's pending motion for summary judgment and summary judgment in favor of WMI remains appropriate. Because the arguments in the Response apply to WMI, as well as  to all defendants who have pending summary judgment motions, and where WMI has also moved for summary judgment on similar grounds, WMI hereby moves to join in and/or adopt Millenium's Response in full as equally applicable to WMI.

DEFENDANT WESTERN MOUNTAIN, INC.'S MOTION TO JOIN IN DEFENDANT MILLENNIUM NETWORKS, LLC'S RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY -2

DATED this 3rd day of June, 2026.

BENOIT, MOLLERUP, DANIELSON
& GRIEVE, PLLC

By    */s/ Bren E. Mollerup*
        Bren E. Mollerup
    Attorneys for Defendant Western Mountain, Inc.

DEFENDANT WESTERN MOUNTAIN, INC.'S MOTION TO JOIN IN DEFENDANT
MILLENNIUM NETWORKS, LLC'S RESPONSE TO PLAINTIFFS' NOTICE OF
SUPPLEMENTAL AUTHORITY -3

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2026, I caused a true and correct copy of the foregoing **DEFENDANT WESTERN MOUNTAIN, INC.'S MOTION TO JOIN IN DEFENDANT MILLENNIUM NETWORKS, LLC'S RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** to be served upon the following attorneys in the following manner:

| | | |
|---|---|---|
| Enrique G. Serna ISB No. 12114<br>Serna & Associates PLLC<br>950 W. Bannock St., Suite 1100<br>Boise, Idaho 83702<br>T: (210) 865-5800<br>Attorney for Plaintiffs | Electronic Court Filing<br>*enrique@serna-associates.com* | ☒ |
| Bruce R. McAllister, ISB No. 2531<br>Cody L. Morgan, ISB No. 10331<br>ANDERSON, JULIAN & HULL LLP<br>C. W. Moore Plaza<br>250 South Fifth Street, Suite 700<br>P. O. Box 7426<br>Boise, ID 83707-7426<br>Telephone: (208) 344-5800<br>Attorneys for Defendant Signet Construction, LLC | Electronic Court Filing<br>*service@ajhlaw.com*<br>*bmcallister@ajhlaw.com*<br>*cmorgan@ajhlaw.com* | ☒ |
| James, S. Thomson, II<br>POWERS FARLEY, PC<br>702 West Idaho St., Suite 700<br>Boise, Idaho 83702<br>T: (08) 577-5100<br>Attorney for Defendant Millenium Networks, LLC<br>d/b/a Silver Star Communications | Electronic Court Filing<br>*jst@powersfarley.com* | ☒ |
| Brady Hall<br>Brady Hall Law, PLLC<br>950 West Bannock Street, Suite 1100<br>Boise, Idaho 83702<br>Attorney for Defendant Gold Communications Expert, Inc. | Electronic Court Filing<br>*brady@bhlawidaho.com* | ☒ |

*/s/ Bren E. Mollerup*
Bren E. Mollerup

DEFENDANT WESTERN MOUNTAIN, INC.'S MOTION TO JOIN IN DEFENDANT MILLENNIUM NETWORKS, LLC'S RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY -4